

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00288-CR

**PHILIP HAMILTON MOSLEY,**

                                                                 **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                 **Appellee**

---

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2014-931-C1**

---

## O R D E R

---

The State's brief in this appeal, filed on August 4, 2016, exceeds the word limit for briefs by 913 words. *See* TEX. R. APP. P. 9.4(i)(2)(B). The State requests that it be permitted to exceed the word limit for its brief by 913 words.

The State's motion is granted. However, the State is warned that this amount will be counted towards the word count of the State's reply brief, if any, filed in this appeal.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed August 24, 2016

